UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )  CASE NO. 22CR01149-001-JLS<br>) |
| v. | )  O R D E R<br>) |
| Raul Ernesto MONTANEZ | )<br>) |
| Defendant. | )<br>) |

Pursuant to a written request from the United States Probation Office, the sentencing date presently for September 16, 2022, is vacated and reset to November 4, 2022, at 9:00 A.M.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED:   08/03/2022

*Janis L. Sammartino*
Janis L. Sammartino
U.S. District Judge

cc: all counsel of record